

# NUMBER 13-15-00148-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**AARON LEE ROBERT FLORES,**                                             **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                                         **Appellee.**

---

## On appeal from the 186th District Court
## of Bexar County, Texas.

---

# MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Aaron Lee Robert Flores, by and through his attorney, has filed a motion

to dismiss his appeal because he no longer desires to prosecute it.[1]     *See* TEX. R. APP.

---

[1] This case is before the Court on transfer from the Fourth Court of Appeals in San Antonio pursuant to a docket equalization order issued by the Supreme Court of Texas.   *See* TEX. GOV'T CODE ANN. § 73.001 (West, Westlaw through 2013 3d C.S.).

P. 42.2(a).   Without passing on the merits of the case, we grant the motion to dismiss pursuant to Texas Rule of Appellate Procedure 42.2(a) and dismiss the appeal.   Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Do not publish.
*See* TEX. R. APP. P. 47.2(b).

Delivered and filed the
16th day of April, 2015.